**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7379

KEVIN FULLER,

Plaintiff - Appellant,

v.

J. MICHAEL STOUFFER, Commissioner; BOBBY P. SHEARIN, Warden; FERRIS, C.O. II; V. WARNICK, Psychologist; MS. LESLIE SMITH, Case Manager; DIANNE HARVEY, R.N.; LAMBERT, C.O. II; WILT, Lt.; MCALPINE, Lt.; HARBOUGH, Lt.; GRAHAM, Sgt.; TEAL, C.O. II; ANDERSON, C.O. II; ANITA ROZAS, Social Worker; MS. HOUSEHOLDER, BMP Secretary; DR. BRUCE LILLER; BANKS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:12-cv-02914-AW)

Submitted: January 28, 2014          Decided: February 5, 2014

Before NIEMEYER, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Fuller, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Jennifer E. Cameron, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fuller v. Stouffer</u>, No. 8:12-cv-02914-AW (D. Md. July 1 & July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>